### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00003 |
| | ) | Judge Trauger |
| JAMES R. SMITH | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Friday, July 27, 2012, at 5:00 p.m.

It is so **ORDERED**.

Enter this 26th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge