IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00003 |
| | ) | Judge Trauger |
| | ) | |
| JAMES R. SMITH | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for November 29, 2012 is **RESET** for Monday, December 10, 2012, at 9:30 a.m.

It is so **ORDERED**.

Enter this 27th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge