## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00003 |
| | ) | Judge Trauger |
| | ) | |
| JAMES R. SMITH | ) | |

### O R D E R

To the extent that the defendant's letter to the court constitutes a motion to reconsider his sentence (Docket No. 94), it is **DENIED**.

It is so **ORDERED.**

Enter this 7th day of January 2013.

_____
ALETA A. TRAUGER
United States District Judge